AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LANCE CHARLES ANDERSON,

        Plaintiff,

v.

WILLIAM STOCKWELL, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-CV-0178-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  this action is DISMISSED without prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

September 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia